UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LADON S. CHURN,

     Plaintiff,

                                        Case No. 1:21-cv-631

v.

                                        HON. JANE M. BECKERING

HEIDI WASHINGTON, et al.,

     Defendants.

_____/

## **ORDER**

This is a civil rights action brought by a state prisoner under 42 U.S.C. § 1983.  Defendant Heidi Washington filed a Motion for Summary Judgment on the Basis of Exhaustion (ECF No. 33).  The matter was referred to the Magistrate Judge, who issued a Report and Recommendation (ECF No. 59) on April 11, 2024, recommending that this Court grant the motion.  The Report and Recommendation was duly served on the remaining parties.  No objections have been filed.  *See* 28 U.S.C. § 636(b)(1).  Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 59) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for Summary Judgment on the Basis of Exhaustion (ECF No. 33) is GRANTED.

Defendant Heidi Washington is terminated from this action.

Dated: May 9, 2024                        /s/ Jane M. Beckering_____
                                       JANE M. BECKERING
                                       United States District Judge