UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LADON S. CHURN #165703,

    Plaintiff,

v.

HEIDI WASHINGTON, et al.,

    Defendants.
_____/

Hon. Jane M. Beckering

Case No. 1:21-cv-00631

**CONDITIONAL ORDER STRIKING PLEADING OR OTHER PAPER**

Ladon S. Churn has submitted the following unsigned document, in violation of Fed. R. Civ. P. 11(a):

Trial Exhibits – ECF No. 88

This document will be deemed automatically stricken from the record, without the necessity of a further order of court, unless Ladon S. Churn files a signature page (attached) within 21 days of the date of this order.

    IT IS SO ORDERED

Date:  August 4, 2024
eod

    /s/ Ray Kent
RAY KENT
U.S. Magistrate Judge

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LADON S. CHURN #165703,

    Plaintiff,

v.

HEIDI WASHINGTON, et al.,

    Defendants.
_____/

Hon. Jane M. Beckering

Case No. 1:21-cv-00631

**SIGNATURE PAGE FOR:**

Trial Exhibits – ECF No. 88

    The foregoing document is hereby signed and certified pursuant to Fed. R. Civ. P. 11(a).

_____

YOU MUST SIGN THIS SIGNATURE PAGE AND RETURN IT TO THE CLERK'S OFFICE AS REQUIRED BY THE ATTACHED ORDER.